NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN DARRYL PEEL,                         )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-3952
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____ )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Daniel Perry,
Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.